**DISMISS and Opinion Filed March 1, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00614-CV

**TAMI SHERMAN-FREE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF STEVEN MARTIN FREE, DECEASED, Appellant**

**V.**

**JILL ANN FREE, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53219-2010**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Garcia

Before the Court is appellant's unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). Appellant informs the Court that the parties have settled the dispute of the issues raised in the appeal.

We grant the motion and dismiss the appeal. *See id.*

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230614F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TAMI SHERMAN-FREE, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF STEVEN MARTIN FREE, DECEASED, Appellant

No. 05-23-00614-CV      V.

JILL ANN FREE, Appellee

On Appeal from the 469th Judicial District Court, Collin County, Texas Trial Court Cause No. 469-53219-2010.
Opinion delivered by Justice Garcia, Justices Breedlove and Kennedy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered March 1, 2024.